UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDY GRASSO and NICHOLAS
GRASSO,

    Plaintiffs,

v.                                      Case No: 8:16-cv-911-T-36TGW

ELECTROLUX HOME PRODUCTS, INC.,

    Defendant.
_____/

## O R D E R

This cause is before the Court on Defendant Electrolux Home Products, Inc.'s Unopposed Motion to File Under Seal Certain Exhibits In Support of its Opposition to Plaintiffs' Motion for Class Certification and Memoranda In Support of Motions to Exclude the Expert Testimony of Mr. Frank Bernatowicz, Dr. Michael Kamins, Melissa Pittaoulis and Dr. Marthinus Van Schoor (Doc. 124). Specifically, Defendant moves the Court for permission to file the following documents under seal: (1) an Amended Supplemental Report of Marthinus van Schoor, Ph.D. (Ex. 6 to Class Certification Opposition; Ex. 4 to Bernatowicz Motion to Exclude; Ex. 4 to Pittaoulis Motion to Exclude; Ex. 2 to van Schoor Motion to Exclude); and (2) Exhibits 9, 10 and 11 to Declaration of Leigh Donadieu. (Ex. 8 to Class Certification Opposition; Ex. 5 to Kamins Motion to Exclude).

Upon consideration, the Court finds that the Amended Supplemental Report of Marthinus van Schoor, Ph.D. (Ex. 6 to Class Certification Opposition; Ex. 4 to Bernatowicz Motion to Exclude; Ex. 4 to Pittaoulis Motionto Exclude; Ex. 2 to van Schoor Motion to Exclude) and Exhibits 9, 10 and 11 to Declaration of Leigh Donadieu. (Ex. 8 to Class Certification Opposition; Ex. 5 to Kamins Motion to Exclude) contain confidential and sensitive information that should not

be made public. Therefore, the Court directs the Clerk to file Defendant's Amended Supplemental Report of Marthinus van Schoor, Ph.D. (Ex. 6 to Class Certification Opposition; Ex. 4 to Bernatowicz Motion to Exclude; Ex. 4 to Pittaoulis Motionto Exclude; Ex. 2 to van Schoor Motion to Exclude) and Exhibits 9, 10 and 11 to Declaration of Leigh Donadieu. (Ex. 8 to Class Certification Opposition; Ex. 5 to Kamins Motion to Exclude) under seal.

It is hereby **ORDERED**:

1. Pursuant to Local Rule 1.09(a), Defendant Electrolux Home Products, Inc.'s Unopposed Motion to File Under Seal Certain Exhibits In Support of its Opposition to Plaintiffs' Motion for Class Certification and Memoranda In Support of Motions to Exclude the Expert Testimony of Mr. Frank Bernatowicz, Dr. Michael Kamins, Melissa Pittaoulis and Dr. Marthinus Van Schoor (Doc. 124) is **GRANTED.**

2. The Clerk is directed to file Defendant's Amended Supplemental Report of Marthinus van Schoor, Ph.D. (Ex. 6 to Class Certification Opposition; Ex. 4 to Bernatowicz Motion to Exclude; Ex. 4 to Pittaoulis Motionto Exclude; Ex. 2 to van Schoor Motion to Exclude) and Exhibits 9, 10 and 11 to Declaration of Leigh Donadieu. (Ex. 8 to Class Certification Opposition; Ex. 5 to Kamins Motion to Exclude) under seal.

**DONE AND ORDERED** in Tampa, Florida on March 31, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**Copies to:**
Counsel of Record and Unrepresented Parties, if any