UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WENDY GRASSO and NICHOLAS GRASSO,

    Plaintiffs,

v.                                                             Case No: 8:16-cv-911-T-36TGW

ELECTROLUX HOME PRODUCTS, INC.,

    Defendant.
_____/

## **O R D E R**

This cause is before the Court on Plaintiffs' Unopposed Motion to File Under Seal Certain Exhibits in Support of their Opposition to Electrolux Home Products, Inc.'s Motion for Summary Judgment (Doc. 139). Specifically, Plaintiffs move the Court for permission to file the following documents under seal: (1) Exhibit A, Amended Supplemental Report of Marthinus van Schoor, Ph.D.; (2) Exhibit C, the deposition transcript of Electrolux's 30(b)(6) witness William Lange; (3) Exhibit D, the deposition transcript of Electrolux's 30(b)(6) witness Carl King; and (4) Exhibit N, a document produced by Electrolux bearing bates-label Electrolux-Grasso49363.

Upon consideration, the Court finds that the identified documents contain confidential and sensitive information that should not be made public. Therefore, the Court directs the Clerk to file Plaintiffs' Exhibit A, Amended Supplemental Report of Marthinus van Schoor, Ph.D.; Exhibit C, the deposition transcript of Electrolux's 30(b)(6) witness William Lange; Exhibit D, the deposition transcript of Electrolux's 30(b)(6) witness Carl King; and Exhibit N, a document produced by Electrolux bearing bates-label Electrolux-Grasso49363 under seal.

It is hereby **ORDERED**:

1. Pursuant to Local Rule 1.09(a), Plaintiffs' Unopposed Motion to File Under Seal Certain Exhibits in Support of their Opposition to Electrolux Home Products, Inc.'s Motion for Summary Judgment (Doc. 139) is **GRANTED.**

2. The Clerk is directed to file Plaintiffs' Exhibit A, Amended Supplemental Report of Marthinus van Schoor, Ph.D.; Exhibit C, the deposition transcript of Electrolux's 30(b)(6) witness William Lange; Exhibit D, the deposition transcript of Electrolux's 30(b)(6) witness Carl King; and Exhibit N, a document produced by Electrolux bearing bates-label Electrolux-Grasso49363 under seal.

**DONE AND ORDERED** in Tampa, Florida on March 31, 2017.

Charlene Edwards Honeywell
United States District Judge

**Copies to:**
Counsel of Record and Unrepresented Parties, if any